```
                              FILED
                         08 JUL 23 PM 3:41
                       CLERK, U.S. DISTRICT COURT
                     SOUTHERN DISTRICT OF CALIFORNIA

                       BY:  ____  DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

'08 CR 2423  WQH

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. _____ |
| Plaintiff, | |
| v. | NOTICE OF RELATED CASE |
| REYNALDO MORALES-SANCHES, | |
| Defendant. | |

TO THE CLERK OF THE COURT:

Please take notice that the above-entitled case is related to <u>United States of America v. Reynaldo Morales-Sanches</u>, Criminal Case No. 08CR2011-WQH.

DATED: July 23, 2008.

KAREN P. HEWITT
United States Attorney

CHARLOTTE E. KAISER
Assistant U.S. Attorney

